# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 19-46223 MAR
**Case Name:** HAZEN TRANSPORT, INC.

**For Period Ending:** 09/30/2020

**Trustee Name:** (420180) K. Jin Lim
**Date Filed (f) or Converted (c):** 04/24/2019 (f)
**§ 341(a) Meeting Date:** 07/03/2019
**Claims Bar Date:** 01/14/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash on hand | 390.00 | 390.00 | | 390.00 | FA |
| 2 | Comerica checking | 121.00 | 0.00 | | 0.00 | FA |
| 3 | National Software escrow | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Butzel Long (u)<br>P/O 04/20/20 | 140.00 | 140.00 | | 2,441.00 | FA |
| 5 | Canada Bridge Refund | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | unamortized insurance Transguard Insurance Company | 2,036.00 | 0.00 | | 0.00 | FA |
| 7 | unamortized insurance Burns & Wilcox | 1,050.00 | 0.00 | | 0.00 | FA |
| 8 | unamortized software fees Selective Software | 775.00 | 0.00 | | 0.00 | FA |
| 9 | unamortized software fees | 7,758.00 | 0.00 | | 0.00 | FA |
| 10 | ACCOUNTS RECEIVABLE | 1,177,251.00 | 0.00 | | 0.00 | FA |
| 11 | office furniture | 11,281.00 | 0.00 | | 0.00 | FA |
| 12 | office fixtures | 0.00 | 0.00 | | 0.00 | FA |
| 13 | OFFICE EQUIPMENT | 1,720.00 | 0.00 | | 0.00 | FA |
| 14 | Hazen Transfer expenses | 5,028.00 | 0.00 | | 0.00 | FA |
| 15 | Rick Palmer Sr expenses | 8,068.00 | 8,068.00 | | 0.00 | 8,068.00 |
| 16 | Possible preferences Blue Cross Blue Shield ap 20-4012 (u)<br>p/o 02/24/20 in ap 20-4012 | 5,000.00 | 5,000.00 | | 4,562.99 | FA |
| 17 | Claim against FCA US LLC (u)<br>p/o 03/23/20 | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 18 | Preferential transfer to UHY Advisors Adv Pro 20-4010 (u)<br>p/o 04/24/20 | 7,660.00 | 7,660.00 | | 6,894.00 | FA |
| 19 | Claim against Sector 7, LLC AP 19-4011 (u)<br>p/o 08/17/20 | 24,200.00 | 24,200.00 | | 4,500.00 | FA |
| **19** | **Assets Totals (Excluding unknown values)** | **$1,260,478.00** | **$50,458.00** | | **$23,787.99** | **$8,068.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-2

**Case No.:** 19-46223 MAR  
**Case Name:** HAZEN TRANSPORT, INC.

**Trustee Name:** (420180) K. Jin Lim  
**Date Filed (f) or Converted (c):** 04/24/2019 (f)  
**§ 341(a) Meeting Date:** 07/03/2019

**For Period Ending:** 09/30/2020  
**Claims Bar Date:** 01/14/2020

**Major Activities Affecting Case Closing:**

    10/13/20 offer received for remnant assets; abandonment of records pending.  
    09/03/20 payment from Sector 7 received per order  
    07/16/20 turnover order entered for preference claim; payment from FCA received; in discussion with remnant purchaser  
    04/09/20 working with Butzel Long on preference claim; settled with FCA and waiting for payment.  
    01/07/20 pursuing preferences to UHY, Sector 7 LLC, Blue Cross Blue Shield, and Butzel Long. Complaints filed.  
    09/26/19 reviewing documents to investigate possible preferences.  
    08/27/19 investigate debtor's financial affairs.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021  
**Current Projected Date Of Final Report (TFR):** 12/31/2020

| 10/19/2020 | /s/K. Jin Lim |
|---|---|
| Date | K. Jin Lim |

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | | |
|---|---|---|
| **Case No.:** 19-46223 MAR | **Trustee Name:** | K. Jin Lim  (420180) |
| **Case Name:** HAZEN TRANSPORT, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***3963 | **Account #:** | ******1532 Checking |
| **For Period Ending:** 09/30/2020 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/09/19 | {1} | Sandra Oconnor Law PLLC IOLTA | petty cash | 1129-000 | 390.00 | | 390.00 |
| 03/05/20 | {16} | Blue Cross Blue Shield | settlement payment p/o 02/24/20 | 1241-000 | 4,562.99 | | 4,952.99 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,947.99 |
| 04/27/20 | {17} | FCA | settlement payment p/o 03/23/20 | 1249-000 | 5,000.00 | | 9,947.99 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.70 | 9,939.29 |
| 05/01/20 | {18} | UHY Advisors | settlement payment p/o 04/24/20 | 1241-000 | 6,894.00 | | 16,833.29 |
| 05/04/20 | {4} | Butzel Long | settlement payment p/o 04/20/20 | 1241-000 | 2,441.00 | | 19,274.29 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 28.89 | 19,245.40 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 32.80 | 19,212.60 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.73 | 19,180.87 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.63 | 19,151.24 |
| 09/03/20 | {19} | Sector 7 LLC | settlement payment p/o 08/17/20 | 1241-000 | 4,500.00 | | 23,651.24 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.12 | 23,612.12 |
| | | **COLUMN TOTALS** | | | 23,787.99 | 175.87 | $23,612.12 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 23,787.99 | 175.87 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$23,787.99** | **$175.87** | |

19-46223-mar    Doc 92    Filed 10/19/20    Entered 10/19/20 12:10:01    Page 3 of 4

*{ } Asset Reference(s)*                                                                                          *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 19-46223 MAR | **Trustee Name:** | K. Jin Lim (420180) |
| **Case Name:** HAZEN TRANSPORT, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***3963 | **Account #:** | ******1532 Checking |
| **For Period Ending:** 09/30/2020 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1532 Checking | $23,787.99 | $175.87 | $23,612.12 |
| | **$23,787.99** | **$175.87** | **$23,612.12** |

| | |
|---|---|
| 10/19/2020 | /s/K. Jin Lim |
| Date | K. Jin Lim |